UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROMAN CATHOLIC DIOCESE OF BROOKLYN, NEW YORK

CIVIL ACTION NO.: 1:20-CV-4844-NGG-CLP

Plaintiff

vs

GOVERNOR ANDREW M. CUOMO in his official capacity,

Defendant

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Sunnyside, New York

That on 10/09/2020 at 2:01 PM at 28 Liberty Street, 16th Floor, New York, NY 10005

deponent served a(n) Summons in a Civil Action, Complaint, Civil Cover Sheet, [Proposed] Order to Show Cause for a Preliminary Injunction and Temporary Restraining Order, Memorandum of Law in Support of Plaintiff's Application for a Temporary Restraining Order and Preliminary Injunction, Declaration of Bishop Raymond F. Chappetto in Support of Plaintiff's Application for a Temporary Restraining Order and Preliminary Injunction with Exhibit A, Declaration of Joseph J. Esposito in Support of Plaintiff's Application for a Temporary Restraining Order and Preliminary Injunction with Exhibit A, Declaration of Randy M. Mastro in Support of the Roman Catholic Diocese of Brooklyn's Application by Order to Show Cause for Emergency Relief with Exhibits 1-10, Notice of Appearance of Lee R. Crain, Notice of Appearance of Akiva Shapiro, Notice of Appearance of William J. Moccia, and Civil Docket for Case #: 1:20-cv-04844-NGG-CLP

on Andrew M. Cuomo, Gorvernor of the State of New York, c/o Attorney General for the State of New York, accepted by Jasmine Hughes,

deponent knew the person so served to be a person authorized to accept service.

Description of Person Served:
Gender: Female
Skin: Black
Hair: Brown
Age: 22 - 35 Yrs.
Height: 5' 9" - 6' 0"
Weight: Over 200 Lbs.
Other:

Sworn to before me this
9th day of October, 2020

*[signature]*
NOTARY PUBLIC
HE YI WENG
NOTARY PUBLIC STATE OF NEW YORK
KINGS COUNTY COUNTY
LIC. # 01WE6178606
COMM EXP. 12/3/2023

*[signature]*
Di Cong Jiang
License No. 1220800

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160