# AFFIDAVIT OF SERVICE

INDEX #: **1:20-CV-04844-NGG-CLP**
DATE FILED: **10/8/2020**
ATTORNEY: **GIBSON, DUNN & CRUTCHER LLP**
200 PARK AVENUE NEW YORK NY 10166-0193 (212)351-4000

---

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF NEW YORK**

---

**ROMAN CATHOLIC DIOCESE OF BROOKLYN, NEW YORK**
Plaintiff(s)
- against -
**STATE OF NEW YORK AND GOVERNOR ANDREW M. CUOMO IN HIS OFFICIAL CAPACITY,**
Defendant(s)

---

**STATE OF NEW YORK:**
**COUNTY OF ALBANY:**   ss:

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **10/09/2020, 12:44PM** at **NYS CAPITOL BUILDING, LOBBY, ALBANY, NY 12224**, deponent served a **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, (PROPOSED) ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, DECLARATION OF BISHOP RAYMOND F. CHAPPETTO IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION WITH EXHIBIT A, DECLARATION OF JOSEPH J. ESPOSITO IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION WITH EXHIBIT A, DECLARATION OF RANDY M. MASTRO IN SUPPORT OF THE ROMAN CATHOLIC DIOCESE OF BROOKLYN'S APPLICATION BY ORDER TO SHOW CAUSE FOR EMERGENCY RELIEF WITH EXHIBITS 1-10, NOTICE OF APPEARANCE OF LEE R. CRAIN, NOTICE OF APPEARANCE OF AKIVA SHAPIRO, NOTICE OF APPEARANCE OF WILLIAM J. MOCCIA, AND CIVIL DOCKET FOR CASE #: 1:20-CV-04844-NGG-CLP** upon **ANDREW M. CUOMO GOVERNOR OF THE STATE OF NEW YORK**, a defendant in the above captioned matter.

By delivering a true copy thereof to and leaving with **DENISE GAGNON/GOVERNOR'S SECRETARY/AUTHORIZED TO ACCEPT SERVICE**, a person of suitable age and discretion at the above address, the said premises being the defendant's place of business within the State of NEW YORK.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex **F**   Approximate age **47**   Approximate height **5'04"**   Approximate weight **130**   Color of skin **WHITE**   Color of hair **BROWN**

Sworn to before me on 10/09/2020
JILL DOCHERTY  NO. 01DO6373160
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON APRIL 2, 2022

X _S. Marie_
STEF MARIE

**SERVING BY IRVING INC.**
233 BROADWAY SUITE #2201 NEW YORK, NY 10279 (212)233-3346