CIVIL CAUSE FOR Order to Show Cause

BEFORE JUDGE: Eric R. Komitee, U.S.D.J.
DATE: 10/9/2020
TIME IN COURT: 1 HR 45 MINS

DOCKET NUMBER: CV 20-4844 (NGG)
TITLE: The Roman Catholic Diocese of Brooklyn, New York v. Cuomo

COURT DEPUTY: Alicia Guy
COURT REPORTER: Michele Lucchese

APPEARANCES:

    Plaintiff:    Randy Mastro
    Defendant:    Seth Farber

✓ CASE CALLED.

✓ COUNSEL FOR ALL SIDES PRESENT

____ COUNSEL FOR _____ NOT PRESENT

____ CASE MARKED READY FOR JURY\NON JURY TRIAL ON

____ PARTIES ADVISE THE COURT THAT THE CASE HAS BEEN SETTLED.

____ CASE DISCONTINUED WITHOUT PREJUDICE AND WITHOUT COSTS.

____ ALL DISCOVERY TO BE COMPLETED BY

____ MOTION TO

____ MOTION HEARING HELD  __ MOTION GRANTED  __ MOTION DENIED

____ MOTION GRANTED IN PART AND DENIED IN PART

____ DECISION RESERVED  _____ DECISION READ INTO THE RECORD.

____ ORDER TO FOLLOW

____ MOTION HEARING ADJOURNED TO

____ FURTHER STATUS CONFERENCE SCHEDULED FOR

____ OTHER