

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8029

October 11, 2020

**By ECF**
Hon. Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *The Roman Catholic Diocense of Brooklyn v. Andrew Cuomo*
               E.D.N.Y., 20-cv-4844 NGG-CLP

Dear Judge Garaufis:

       This Office represents Governor Andrew M. Cuomo, the defendant in the above-referenced matter. We are in receipt of the letter of plaintiff's counsel Randy Mastro to Your Honor dated October 10, 2020 (ECF No. 16) requesting that the Court set an expedited briefing schedule and an evidentiary hearing with respect to the plaintiff's request for a preliminary injunction in this matter. We would respectfully request that the defendant file opposition papers on Wednesday, October 14, 2020. We submit that no evidentiary hearing is required, and suggest that the Court review the parties' submissions prior to making a determination with regard to whether to hold such an evidentiary hearing.

       Thank you for Your Honor's consideration of this matter.

                                           Respectfully submitted,

                                           *Seth J Farber* /s/
                                           Seth J. Farber
                                           Assistant Attorney General

cc: All Counsel (via ECF)