

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8029

October 14, 2020

**By ECF**
Hon. Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *The Roman Catholic Diocense of Brooklyn v. Andrew Cuomo*
          E.D.N.Y., 20-cv-4844 NGG-CLP

Dear Judge Garaufis:

    This Office represents Governor Andrew M. Cuomo, the defendant in the above-referenced matter. Pursuant to Your Honor's Order of October 11, 2020, this is to advise the Court and the parties that defendant's witness for the October 15, 2020 hearing will be Bryon Backenson, research scientist and deputy director of the New York State Department of Health, Division of Epidemiology.

    Thank you for Your Honor's attention to this matter.

                                   Respectfully submitted,

                                   *Seth J Farber* /s/
                                   Seth J. Farber
                                   Assistant Attorney General

cc: All Counsel (via ECF)