UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
THE ROMAN CATHOLIC DIOCESE OF :
BROOKLYN, NEW YORK, :
:
                Plaintiff, : No. 1:20-CV-4844-NGG-CLP
:
   v. :
: **NOTICE OF APPEAL**
GOVERNOR ANDREW M. CUOMO, in his :
official capacity, :
:
                Defendant. :
-----------------------------------------------------------x

      Notice is hereby given that Plaintiff The Roman Catholic Diocese of Brooklyn, New York appeals to the United States Court of Appeals for the Second Circuit from the Order signed and entered by Judge Nicholas G. Garaufis of this Court on October 16, 2020 (Dkt. 32), denying Plaintiff's motion for a preliminary injunction.

Dated: October 19, 2020

                                      Respectfully submitted,
                                      GIBSON, DUNN & CRUTCHER LLP


                                      By: /s/ Randy M. Mastro
                                          Randy M. Mastro
                                          RMastro@gibsondunn.com
                                          Akiva Shapiro
                                          AShapiro@gibsondunn.com
                                          William J. Moccia
                                          WMoccia@gibsondunn.com
                                          Lee R. Crain
                                          LCrain@gibsondunn.com

                                        200 Park Avenue
                                        New York, NY 10166
                                        Telephone: 212.351.4000
                                        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 19, 2016, I filed and therefore caused the foregoing document to be served via the CM/ECF system in the United States District Court for the Eastern District of New York on all parties registered for CM/ECF in the above-captioned matter:

                                                    /s/ Randy M. Mastro
                                                        Randy M. Mastro