# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of October, two thousand twenty.

Before:     William J. Nardini,
                *Circuit Judge.*

The Roman Catholic Diocese of Brooklyn,
New York,

      Plaintiff - Appellant,

v.

Governor Andrew M. Cuomo, in his official capacity,

      Defendant - Appellee.

**ORDER**

Docket No. 20-3590

Appellant The Roman Catholic Dioceses of Brooklyn, New York moves for an emergency injunction pending appeal. Appellant seeks a decision no later than October 23, 2020 at 5:00 pm. Appellee Governor Andrew M. Cuomo opposes the motion.

IT IS HEREBY ORDERED that the request for an administrative stay of the district court decision denying Appellant's motion for a preliminary injunction is DENIED. The motion is referred to the panel sitting on November 3, 2020. It will be heard in tandem with the motion seeking similar relief filed in <u>Agudath Israel of America et al., v. Andrew M. Cuomo</u>, Docket No. 20-3572. Appellee's opposition to the motion is due by noon on October 27, 2020. Appellant's reply is due by noon on October 29, 2020.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/22/2020